UNITED STATES of America ex rel. Magnus Ragnar Alexius KARLSSON or Ray Carlson, Relator-Appellant, v. Rudolph REIMER, Commissioner of Immigration and Naturalization, Ellis Island, New York, Respondent-Appellee.

No. 441.

Circuit Court of Appeals, Second Circuit.
May 20, 1935.

David M. Freedman, of New York City, for appellant.

Martin Conboy, U. S. Atty., of New York City (Edward J. Ennis, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

UNITED STATES of America ex rel. Oscar MANNISTO, Relator-Appellant, v. Rudolph REIMER, Commissioner of Immigration, Ellis Island, New York Harbor, Respondent-Appellee.

No. 453.

Circuit Court of Appeals, Second Circuit.
May 20, 1935.

Fannie Horovitz, of New York City (Samuel Friedlander, of New York City, of counsel), for appellant.

Martin Conboy, U. S. Atty., of New York City (Edward J. Ennis, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

UNITED STATES of America ex rel. E. V. TOWNSHEND, Trustee in Bankruptcy of R. R. Smith, Bankrupt, and Others, Appellant, v. Rufus SWITZER and C. P. Nelson, Appellees.

No. 3880.

Circuit Court of Appeals, Fourth Circuit.
June 8, 1935.

Okey P. Keadle, of Huntington, W. Va., for appellant.

Fitzpatrick, Brown & Davis, of Huntington, W. Va., for appellees.

PER CURIAM.
Case dismissed under Rule 20 in accordance with agreement of counsel.

A. J. WALDOCK v. Herbert DIERKS et al., Receivers.

No. 1240.

Circuit Court of Appeals, Tenth Circuit.
Feb. 18, 1935.

F. E. Riddle, of Tulsa, Okl., for appellant.

Watson, Ess, Groner, Barnett & Whittaker, of Kansas City, Mo., for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed for failure to prosecute.